IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES                                                                                                    PLAINTIFF

v.                                            Case No.  3:14-CR-30012

CAMERON ALLEN                                                                                            DEFENDANT

**O R D E R**

Currently before the Court are the findings and recommendations (Doc. 24) filed in this case on October 8, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  Both parties have waived the right to object to the report and recommendation for the purpose of expediting acceptance of the guilty plea in this matter.  (Doc. 22).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the report and recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY, with the following clarification.

Accordingly, for the reasons stated in the Magistrate Judge's report and recommendation, Defendant's guilty plea is accepted, and the written plea agreement is tentatively approved, subject to final approval at sentencing.

IT IS SO ORDERED this 8th day of October, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE